NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RETRACTABLE TECHNOLOGIES, INC. and THOMAS J. SHAW,**

*Plaintiffs-Appellees,*

v.

**BECTON DICKINSON AND COMPANY,**

*Defendant-Appellant.*

13-1567

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0250 Chief Judge Leonard Davis

ON PETITION FOR REHEARING AND REHEARING EN BANC

Before Prost, *Chief Judge*, Newman, Lourie, Dyk, Moore, O'Malley, Reyna, Wallach, Taranto, Chen, Hughes, Lourie, and Linn, *Circuit Judges.*

*PER CURIAM*

O R D E R

A combined petition for panel rehearing and for rehearing en banc having been filed by the appellant, Becton, Dickinson and Company and a response thereto having been invited by the court and filed by the appellees, Retractable Technologies, Inc. and Thomas J. Shaw and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The petition for panel rehearing is denied.

    The petition for rehearing en banc is denied.

    FOR THE COURT

September 19, 2014    /s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

---

\* Sharon Prost assumed the position of Chief Judge on May 31, 2014

\*\*Randall R. Rader, who retired from the position of Circuit Judge on Judge 30, 2013, did not participate in this decision